# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>    vs.<br><br>Khanh Phuong Nguyen,<br><br>              Defendant. | Case No. 1:99-cr-00158<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Notice of Hearing re Resentencing filed on September 30, 2005,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *September 30, 2005* | *September 30, 2005* | *September 30, 2005* | *September 30, 2005* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Notice of Hearing re Resentencing filed on September 30, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 30, 2005                            /s/ Virginia T. Kilgore
                                                                                Deputy Clerk