DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING



**DISTRICT COURT OF GUAM**
OCT -5 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

CASE NO. CR-99-00158-002          DATE: 10/5/2005

***

HON. GEORGE D. LLOYD, Designated Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 3:58:57 - 4:21:12

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: N. Edrosa / J. McDonald

* * * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: KHANH PHUONG NGUYEN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY: HOWARD TRAPP**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON

AGENT: BYRON FARLEY, IMMIGRATION AND CUSTOMS ENFORCEMENT

U.S. PROBATION: JUDY OCAMPO

U.S. MARSHAL: G. PEREZ / W, GRAY

INTERPRETER: JANE HUA, Previously sworn

LANGUAGE: VIETNAMESE

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level: 34       Total offense level:       Criminal History Category: I

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Requested the Court for a judicial recommendation for Victorville, however, if his client does not qualify for Victorville, he requested a recommendation for Dublin. He further requested that defendant be incarcerated in a facility with her auntie Tuyet Mai Thi Phan. He informed the Court that his client was arrested on December 4, 1999 and she should be entitled to prior custody credit which today is 5 years 10 months and 3 days. Counsel further requested the Court to consider a sentence of 121 months.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Requested the Court to impose a sentence within the guideline range.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defense counsel offered a written letter as evidence from the Defendant marked as Exhibit A. No objection. Admitted.

SENTENCE: CR-99-00158-002                    DEFENDANT: KHANH PHUONG NGUYEN

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF  135 MONTHS WITH CREDIT FOR TIME ALREADY SERVED (APPROXIMATELY FIVE YEARS PLUS).

( X )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT  VICTORVILLE OR IN THE ALTERNATIVE DUBLIN.  COURT FURTHER RECOMMENDS THAT DEFENDANT BE INCARCERATED WITH DEFENDANT TUYET MAI THI PHAN.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF FIVE YEARS .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. §3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. § 1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE AND SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE PERMISSION OF THE ATTORNEY GENERAL. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS PENDING FURTHER IMMIGRATION PROCEEDINGS, SHE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HER TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, AND LOCAL CRIME.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES AND SHALL SUBMIT TO ONE (1) URINALYSIS TEST WITHIN 15 DAYS OF RELEASE FROM CUSTODY AND, TO AS MANY URINALYSIS TESTS THEREAFTER AS REQUIRED BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION.

6. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

7. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR THE ASSESSMENT OR TREATMENT OF NARCOTIC ADDICTION OR DRUG OR ALCOHOL DEPENDENCY, WHICH WILL INCLUDE TESTING FOR THE DETECTION OF SUBSTANCE USE OR ABUSE.  IT IS FURTHER RECOMMENDED THAT THE DEFENDANT MAKE A CO-PAYMENT FOR TREATMENT IF DEEMED NECESSARY, AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

8. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT ADVISED OF HER APPEAL RIGHTS.  DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.