# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Tuyet Mai Thi Phan, et al., <br><br> Defendant. | Case No. 1:99-cr-00158 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry re Judgment as to Tuyet Mai Thi Phan filed October 7, 2005, and the Notice of Entry re Judgment as to Khanh Phuong Nguyen filed October 7, 2005*, on the dates indicated below:

| | | |
|---|---|---|
| *U.S. Attorney's Office* | *Rawlen Mantanona* | *Howard Trapp* |
| *October 11, 2005* | *October 11, 2005* | *October 11, 2005* |
| | *(Notice for Deft Phan only)* | *(Notice for Deft Phan only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry re Judgment as to Tuyet Mai Thi Phan filed October 7, 2005, and the Notice of Entry re Judgment as to Khanh Phuong Nguyen filed October 7, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005          /s/ Leilani R. Toves Hernandez
                                              Deputy Clerk