# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Tuyet Mai Thi Phan, et al.,<br><br>　　　　　Defendant. | Case No. 1:99-cr-00158<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgments as to Tuyet Mai Thi Phan and Khanh Phuong Nguyen filed October 7, 2005,* on the dates indicated below:

| *U.S. Attorney's Office* | *Rawlen Mantanona* | *Howard Trapp* | *U.S. Probation Office* |
|---|---|---|---|
| *October 11, 2005* | *October 11, 2005* | *October 11, 2005* | *October 11, 2005* |

*U.S. Marshal Service*
*October 11, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgments as to Tuyet Mai Thi Phan and Khanh Phuong Nguyen filed October 7, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk