NGUYEN_K.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 99-00158 |
| Plaintiff, | |
| v. | ORDER |
| KHANH PHUONG NGUYEN, | |
| Defendant. | |

Based upon the Plaintiff's, Petition to Refund Overpayment of Special Assessment Fee, the Court hereby orders the overpaid portions of the special assessment fee in the amount of $200.00 shall be refunded to Khanh Phuong Nguyen, c/o Howard Trapp, Inc. Suite 200, Saylor Building, 139 Chalan Santo Papa, Hagåtña, Guam 96910. Any future payments made by Defendant KHANH PHUONG NGUYEN be refunded to her.

**SO ORDERED** this _4_ day of November, 2005.

ORIGINAL

_____
WILLIAM ALSUP*
District Court of Guam

---

*The Honorable William Alsup, United States District Judge for Northern District of California, by designation.

FILED
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT

Case 1:99-cr-00158    Document 106    Filed 11/04/2005    Page 1 of 1